**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lindsey M Corrie** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shawn A Bramlett** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number | **20-91018-AKM** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $    544,200.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... | $    10,632.57 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $    554,832.57 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    525,560.25 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    200,400.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    3,880,999.56 |
| **Your total liabilities** | $    4,606,959.81 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    6,145.90 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $    8,654.25 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**                                          Case number *(if known)*  **20-91018-AKM**

     the court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 200,400.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 200,400.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lindsey M Corrie** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Shawn A Bramlett** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | **20-91018-AKM** |

�True  Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Commonwealth of Kentucky**<br>Priority Creditor's Name<br>**c/o Matthew Hite - County Attorney**<br>**602 Bloomfield Rd**<br>**Bardstown, KY 40004**<br>Number Street City State Zip Code | Last 4 digits of account number   n/a<br><br>When was the debt incurred?   **Prior to 2020/5/19** | **Unknown** | **Unknown** | **Unknown** |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Occupational tax. Amount of liability, if any, has not been determined.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          32020          Best Case Bankruptcy

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number *(if known)*   **20-91018-AKM**

---

| 2.2 | **Indiana Dept of Revenue** | Last 4 digits of account number | n/a | $400.00 | $400.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Section MS 108**
**100 N Senate Ave N240**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to 2020/5/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Business tax liablity for Kentucky General Construction, Inc**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | n/a | $200,000.00 | $200,000.00 | $0.00 |

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Debtor/Wife estimates her liability for withholding taxes related to Kentuckiana General Construction, Inc could be $200,000.**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| 4.1 | **517 Broadway LLC** | Last 4 digits of account number | **n/a** | $2,500.00 |

Nonpriority Creditor's Name
**POB 85106**
**Fort Wayne, IN 46885**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit 02-D02-2002-SC-3314 Business office rental  Estimated liability: $2,500**

---

| 4.2 | **84 Lumber Co LP** | Last 4 digits of account number | **n/a** | $275.00 |

Nonpriority Creditor's Name
**c/o Thompson Law Group**
**125 Warrendale-Bayne Rd Ste 200**
**Warrendale, PA 15086**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Civil Court Case AR-18-004092 against Kentuckiana General Construction & Lindsey Corrie, as personal guarantor**

---

| 4.3 | **A1 Portables** | Last 4 digits of account number | **n/a** | $100.70 |

Nonpriority Creditor's Name
**3951 Bardstown Rd #6**
**Louisville, KY 40218**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number *(if known)*    **20-91018-AKM**

---

| 4.4 | **AAMCO Ins** | | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**1100 Locust St**
**Des Moines, IA 50391**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Bonding company for construction work. The amount owed, if any, is unknown.**

---

| 4.5 | **ABC Supply Co Inc** | | Last 4 digits of account number | **n/a** | **$0.00** |

Nonpriority Creditor's Name
**c/o Lloyd & McDaniel PLC**
**POB 232000**
**Louisville, KY 40223**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Lawsuit, No. 11D01-1906-CC-437 for business debt. Foreign Judgment 22D03-2005-CC-000514**

---

| 4.6 | **ABC Supply Co Inc** | | Last 4 digits of account number | **n/a** | **$448,487.52** |

Nonpriority Creditor's Name
**c/o Lloyd & McDaniel PLC**
**POB 232000**
**Louisville, KY 40223**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Lawsuit, No. 19-CI-3590, against Kentuckiana General Construction LLC, et al**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (if known)  **20-91018-AKM**

---

| 4.7 | **ABC Supply Co Inc** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**c/o Lloyd & McDaniel PLC**
**POB 232000**
**Louisville, KY 40223**
Number Street City State Zip Code

When was the debt incurred?  **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Lawsuit, No. 19-CI-373 against Kentuckiana General Construction LLC**

---

| 4.8 | **Advanced Disposal** | Last 4 digits of account number | **n/a** | **$1,223.33** |

Nonpriority Creditor's Name
**90 Fort Wade Rd Ste 300**
**Ponte Vedra, FL 32081**
Number Street City State Zip Code

When was the debt incurred?  **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Business debt**

---

| 4.9 | **Affirm Inc** | Last 4 digits of account number | **PKMR** | **$400.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 720**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred?  **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Credit card**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

**4.10**

| | |
|---|---|
| **Air Distribution Systems** | |
| Nonpriority Creditor's Name | |
| **1000 Astoria Blvd** | |
| **Cherry Hill, NJ 08003** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **n/a**                    **$10,000.00**

When was the debt incurred?  **Prior to filing**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

**4.11**

| | |
|---|---|
| **Alan Sword** | |
| Nonpriority Creditor's Name | |
| **301 Captain Frank Rd** | |
| **New Albany, IN 47150** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **n/a**                    **$450.00**

When was the debt incurred?  **Prior to filing**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment, No. 22E01-0809-SC-00999**

---

**4.12**

| | |
|---|---|
| **AMCO/Nationwide Mutual Ins Co** | |
| Nonpriority Creditor's Name | |
| **1 Nationwide Plaza** | |
| **Columbus, OH 43215** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **n/a**                    **Unknown**

When was the debt incurred?  **Prior to filing**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Bonding Company for several different construction jobs. The total liability for this company is unknown; however, they paid several claims on the issued bond.**

---

| Debtor 1 | **Lindsey M Corrie** |
|---|---|
| Debtor 2 | **Shawn A Bramlett** |

Case number *(if known)*   **20-91018-AKM**

---

**4.1 3**

| **American Health Network** | Last 4 digits of account number | **n/a** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**909 Hidden Ridge Ste 300**
**Irving, TX 75038**

When was the debt incurred?   **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical bill**

---

**4.1 4**

| **Amex** | Last 4 digits of account number | **9913** | **$377,205.93** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn Bankruptcy**
**POB 981540**
**El Paso, TX 79998**

When was the debt incurred?   **Opened 11/13  Last Active 4/22/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt: JUDGMENT 10C01-1808-CC-1008**

---

**4.1 5**

| **Amex** | Last 4 digits of account number | **0253** | **$3,212.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn Bankruptcy**
**POB 981540**
**El Paso, TX 79998**

When was the debt incurred?   **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

**4.1 6**

| | | |
|---|---|---|
| **Assured Partners NL** | Last 4 digits of account number  **n/a** | **$30,488.49** |

Nonpriority Creditor's Name
**200 Colonial Ctr Pkwy Ste 140**
**Lake Mary, FL 32746**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 7**

| | | |
|---|---|---|
| **Atwood** | Last 4 digits of account number  **n/a** | **$800.00** |

Nonpriority Creditor's Name
**57 Horsepark Dr**
**Carrollton, KY 41008**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 8**

| | | |
|---|---|---|
| **Beacon Sales Acquisition** | Last 4 digits of account number  **n/a** | **Unknown** |

Nonpriority Creditor's Name
**c/o Rubin & Levin PC**
**135 N Pennsylvania St Ste 1400**
**Indianapolis, IN 46204**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Foreign Judgment10C01-1907-CB-055, against Kentuckiana General Consrrtuction LLC & Lindsey Corrie (originating out of Marion County, IN)**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number *(if known)*   **20-91018-AKM**

---

**4.19**

| | |
|---|---|
| **Beacon Sales Acquisition** | Last 4 digits of account number   **n/a**                                                   **Unknown** |
| Nonpriority Creditor's Name | |
| **c/o Rubin & Levin PC** | When was the debt incurred?   **Prior to filing** |
| **135 N Pennsylvania St Ste 1400** | |
| **Indianapolis, IN 46204** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No



- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Foreign Judgment 22C01-1906-CB-945, against Kentuckiana General Consrrtuction LLC & Lindsey Corrie (originating out of Marion County, IN)**

---

**4.20**

| | |
|---|---|
| **Beacon Sales Acquisition** | Last 4 digits of account number   **n/a**                                                   **$25,256.88** |
| Nonpriority Creditor's Name | |
| **c/o Rubin & Levin PC** | When was the debt incurred?   **Prior to filing** |
| **135 N Pennsylvania St Ste 1400** | |
| **Indianapolis, IN 46204** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No



- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Judgment 49D12-1904-CC-1489 against Kentuckiana General Consrrtuction LLC & Lindsey Corrie**

---

Debtor 1 **Lindsey M Corrie**
Debtor 2 **Shawn A Bramlett**

Case number *(if known)*  **20-91018-AKM**

---

| 4.2 1 | **Brazil Housing Authority** | Last 4 digits of account number | n/a | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**122 W Jackson St**
**Brazil, IN 47834**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business bond claim.**

---

| 4.2 2 | **Cad Metals LLC** | Last 4 digits of account number | n/a | $14,558.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**223 Enterprise Dr**
**Elizabethtown, KY 42701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.2 3 | **Campbells Sanitation LLC** | Last 4 digits of account number | n/a | $80.60 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**40 Oakland St**
**Junction City, KY 40440**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

**4.2 4**

**Capital One**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **7449**                    **$16,239.00**

When was the debt incurred?    **Opened 03/18  Last Active 6/15/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

**4.2 5**

**Capital One**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1405**                    **$2,761.00**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

---

**4.2 6**

**CARE Security & Monitoring**
Nonpriority Creditor's Name
**990 E Breckinridge St**
**Louisville, KY 40204**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **n/a**                    **Unknown**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security Service**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number *(if known)*  **20-91018-AKM**

---

**4.2 7**

**Carroll Co Board of Education**
Nonpriority Creditor's Name
**813 Hawkins St**
**Carrollton, KY 41008**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **n/a**           $98,739.64

When was the debt incurred?  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Renovation claim related to: Kathryn Winn Elementary School. Bonded claim.**

---

**4.2 8**

**Carrolton Sheet Metal**
Nonpriority Creditor's Name
**915 Polk St**
**Carrollton, KY 41008**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **n/a**           $3,736.84

When was the debt incurred?  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.2 9**

**Central Rent A Crane**
Nonpriority Creditor's Name
**2912 Bluff Rd**
**Indianapolis, IN 46225**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **n/a**           $5,190.00

When was the debt incurred?  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.30 | **Century 21 Reisert** | Last 4 digits of account number | **n/a** | **$4,775.63** |

Nonpriority Creditor's Name
**1302 E 10th St**
**Jeffersonville, IN 47130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **JUDGMENT 10D03-0803-SC-000548**

---

| 4.31 | **CFG Merchant Solutions** | Last 4 digits of account number | **n/a** | **$180,000.00** |

Nonpriority Creditor's Name
**180 Maiden Ln 15th Flr**
**New York, NY 10038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment against Kentuckiana General Construction & Lindsey Corrie. High risk loan used for general operating expenses.**

---

| 4.32 | **Chalfant Industries** | Last 4 digits of account number | **n/a** | **$6,000.00** |

Nonpriority Creditor's Name
**2 Silvercrest**
**New Albany, IN 47150**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Rental liability related to business location for: Kentuckiana General Construction. Est of liability at: $6,000.00**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.3 3 | **Chase Card Services** | Last 4 digits of account number | **7431** | **$27,577.00** |

Nonpriority Creditor's Name

**Attn Bankruptcy**
**POB 15298**
**Wilmington, DE 19850**

When was the debt incurred?  **Opened 06/16  Last Active 6/17/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.3 4 | **Chase Card Services** | Last 4 digits of account number | **1537** | **$22,266.00** |

Nonpriority Creditor's Name

**Attn Bankruptcy**
**POB 15298**
**Wilmington, DE 19850**

When was the debt incurred?  **Opened 10/07  Last Active 7/09/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.3 5 | **Chase Card Services** | Last 4 digits of account number | **4184** | **$19,406.00** |

Nonpriority Creditor's Name

**Attn Bankruptcy**
**POB 15298**
**Wilmington, DE 19850**

When was the debt incurred?  **Opened 04/15  Last Active 6/27/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| | | | |
|---|---|---|---|
| **4.3 6** | **Chase Card Services** | Last 4 digits of account number   **8816** | **$10,333.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 15298**
**Wilmington, DE 19850**

When was the debt incurred?   **Opened 05/17  Last Active 7/22/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| | | | |
|---|---|---|---|
| **4.3 7** | **Chase Card Services** | Last 4 digits of account number   **6002** | **$92,165.62** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 15298**
**Wilmington, DE 19850**

When was the debt incurred?   **Prior to filing**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business line of credit for Kentuckiana General Construction LLC**

---

| | | | |
|---|---|---|---|
| **4.3 8** | **Citibank** | Last 4 digits of account number   **7573** | **$28,267.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 790034**
**St Louis, MO 63179**

When was the debt incurred?   **Opened 02/08  Last Active 6/19/19**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit, No. 10C01-2008-CC-000835. Credit Card**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (if known)  **20-91018-AKM**

---

| 4.3 9 | **Citibank** | Last 4 digits of account number | **8953** | **$3,404.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   **Opened 05/14  Last Active 6/19/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Home Depot Charge Account**

---

| 4.4 0 | **Citibank** | Last 4 digits of account number | **1464** | **$1,584.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   **Opened 05/14  Last Active 6/19/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Best Buy Charge Account**

---

| 4.4 1 | **Cloverdale Equipment Co of OH** | Last 4 digits of account number | **n/a** | **$27,195.19** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1004 W Bagley Rd**
**Berea, OH 44017**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business bond claim**

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

| 4.4 2 | **Commercial Collection/Assured** | Last 4 digits of account number | **7799** | **$30,488.49** |

Nonpriority Creditor's Name
**POB 288**
**Tonawanda, NY 14151**
Number Street City State Zip Code

**When was the debt incurred?** **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt for Kentuckiana General Construction**

---

| 4.4 3 | **Commonwealth of Kentucky** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**700 Capital Ave Bay**
**Frankfort, KY 40601**
Number Street City State Zip Code

**When was the debt incurred?** **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business bond claim.**

---

| 4.4 4 | **ConDeck Corporation** | Last 4 digits of account number | **n/a** | **$6,050.10** |

Nonpriority Creditor's Name
**3230 Matthew Ave NE**
**Albuquerque, NM 87107**
Number Street City State Zip Code

**When was the debt incurred?** **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.4 5 | **Cornerstone Group** | Last 4 digits of account number | **n/a** | **$10,000.00** |

Nonpriority Creditor's Name
**300 Missouri Ave**
**Ste 102**
**Jeffersonville, IN 47130**
Number Street City State Zip Code

**When was the debt incurred?**  **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Office Rental**
**Estimated liability: $10,000**

---

| 4.4 6 | **Cornerstone Reality Group** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**300 Missouri Ave #102**
**Jeffersonville, IN 47130**
Number Street City State Zip Code

**When was the debt incurred?**  **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.4 7 | **Credit One Bank** | Last 4 digits of account number | **5789** | **$981.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy Dept**
**POB 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**When was the debt incurred?**  **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| 4.4 8 | **CRF Solutions** | Last 4 digits of account number | **2181** | **$12,856.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2051 Royal Ave**
**Simi Valley, CA 93065**

When was the debt incurred?   **Opened 06/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Macallister Machinery Company**

---

| 4.4 9 | **Cross County Distributing Inc** | Last 4 digits of account number | **n/a** | **$32,549.84** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**405 N English Station Rd**
**Louisville, KY 40223**

When was the debt incurred?   **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business bond claim**

---

| 4.5 0 | **Cross County Distributing Inc** | Last 4 digits of account number | **n/a** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**405 N English Station Rd**
**Louisville, KY 40223**

When was the debt incurred?   **Prior to 2020/5/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

---

| 4.5 1 | **Dakota Bosler** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   **n/a** | **$2,425.00** |
| | **13165 Tree Dr NW** | | |
| | **Palmyra, IN 47164** | When was the debt incurred?   **Prior to filing** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Pre-Petition.  Small claims lawsuit, No. 22D02-2008-SC-000213**

---

| 4.5 2 | **Davidson & Co** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   **n/a** | **$4,000.00** |
| | **3425 Grantline Rd** | | |
| | **New Albany, IN 47150** | When was the debt incurred?   **Prior to filing** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Accounting fees. Estimated liability: $4,000**

---

| 4.5 3 | **Dedic Comm** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   **4729** | **$152,219.00** |
| | **2355 Highway 36 W** | | |
| | **Roseville, MN 55113** | When was the debt incurred?   **Opened  7/30/19** | |
| | Number Street City State Zip Code | | |

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt: 12 Cfg Merchant Solutions**

---

Debtor 1    **Lindsey M Corrie**
Debtor 2    **Shawn A Bramlett**

Case number (*if known*)    **20-91018-AKM**

| 4.5 4 | **Demag Cranes** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**c/o Tish Hall Say**
**2241 State St POB 314**
**New Albany, IN 47150**
Number Street City State Zip Code

**When was the debt incurred?**    **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Judgment against Bramlett Parts, No. 22C01-0211-PL-00634**

| 4.5 5 | **Discover Financial** | Last 4 digits of account number | **2947** | **$6,104.00** |

Nonpriority Creditor's Name
**Attn Bankruptcy Dept**
**POB 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 03/18  Last Active 9/13/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Credit Card**

| 4.5 6 | **Driveway Dumpsters** | Last 4 digits of account number | **n/a** | **$8,710.00** |

Nonpriority Creditor's Name
**143 Stauffer Ct**
**Pendleton, KY 40055**
Number Street City State Zip Code

**When was the debt incurred?**    **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Dumpster supplier. Bonded claim.**

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.5 7 | **DSNB/Macy's** | Last 4 digits of account number | **1459** | **$3,545.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**9111 Duke Blvd**
**Mason, OH 45040**

When was the debt incurred?  **Opened 08/00  Last Active 7/01/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify  **Charge Account**

---

| 4.5 8 | **Dura-Last Roofing** | Last 4 digits of account number | **n/a** | **$3,968.02** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**525 Morley Dr**
**Saginaw, MI 48601**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify  **Roofing materials. Bonded claim.**

---

| 4.5 9 | **Dynamic Recovery Solutions** | Last 4 digits of account number | **8666** | **$2,727.42** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 25759**
**Greenville, SC 29616-0759**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☑ Other. Specify  **Pre-Petition.  Collecting for Verizon Wireless; current creditor Pinnacle Credit Services**

☐ Yes

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

---

**4.6 0**

| | |
|---|---|
| **Floyd Co Housing Authority** | |
| Nonpriority Creditor's Name | |
| **57 John M Stumbo Dr** | |
| **Martin, KY 41649** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    **Unknown**

**When was the debt incurred?**    **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business liability. Amount owed, if any, is unknown.**

---

**4.6 1**

| | |
|---|---|
| **FS Vanhoose** | |
| Nonpriority Creditor's Name | |
| **625 Depot Rd** | |
| **Paintsville, KY 41240** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    **$9,016.03**

**When was the debt incurred?**    **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 2**

| | |
|---|---|
| **German American Bank** | |
| Nonpriority Creditor's Name | |
| **711 Main ST** | |
| **Jasper, IN 47546** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    **$1,000.00**

**When was the debt incurred?**    **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bank acct charge off**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

| 4.6 3 | **German American Bank** | Last 4 digits of account number | **n/a** | **$850.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**711 Main ST**
**Jasper, IN 47546**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business bank account charge off. Estimated liability of: $850**

| 4.6 4 | **Global Merchant Cash Inc** | Last 4 digits of account number | **n/a** | **$684,417.68** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Vadim Barbarovich**
**1517 Voorhies Ave Ste 3R**
**Brooklyn, NY 11235**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **10C01-1911-CC-001797.  Original Judgment stems from Albany County, NY against Kentuckiana General Construction & Lindsey Corrie. High risk loan used for general operating expenses.**

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

---

| 4.6 5 | **Gotta Go Dumpsters** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**5307 Co Rd 403**
**Charlestown, IN 47111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a**                    **$9,432.60**

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Dumpster rental**
                    **Estimated liability of: $9,000**

---

| 4.6 6 | **Gus Goldsmith** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**143 W Market St**
**Louisville, KY**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a**                    **Unknown**

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment 10D01-0807-MF-674**
                    **This judgment may have been satisified**
                    **and is listed for notice purpose.**

---

| 4.6 7 | **Hamilton Hinkle** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1181 Paris Pike**
**Georgetown, KY 40324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a**                    **$13,670.00**

**When was the debt incurred?**   **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.6 8 | **Hieb Concrete  Products** | Last 4 digits of account number | **n/a** | **$556.50** |

Nonpriority Creditor's Name
**70 McDaniels Rd**
**Shelbyville, KY 40065**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

- ■ No
- ☐ Yes

---

| 4.6 9 | **Huntingburg Housing Authority** | Last 4 digits of account number | **n/a** | **$171,960.00** |

Nonpriority Creditor's Name
**1102 Friendship Village**
**Huntingburg, IN 47542**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business bond claim**

- ■ No
- ☐ Yes

---

| 4.7 0 | **Indiana Gas Co Inc** | Last 4 digits of account number | **0279** | **Unknown** |

Nonpriority Creditor's Name
**c/o Gatestone & Co Internatl Inc**
**1000 N Wesst St Ste 1200**
**Wilmington, DE 19801**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to 2020/5/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt related to Kentuckiana General. Collecton notice with no amount stated owed.**

- ■ No
- ☐ Yes

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

---

| 4.7 1 | **Innovative Crushing & Aggregate** | | Last 4 digits of account number | **n/a** | | **$16,065.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2412 Millers Ln**
**Louisville, KY 40216**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business dumpster rental**
**Estimated liability of: $14,000**

---

| 4.7 2 | **John Chapman** | | Last 4 digits of account number | **n/a** | | **$9,815.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Lloyd & McDaniel PLLC**
**POB 23200**
**Louisville, KY 40223**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment 22D02-1012-CC-02276**

---

| 4.7 3 | **JPMorgan Chase Bank NA** | | Last 4 digits of account number | **n/a** | | **$99,271.23** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Quarles & Brady LLP**
**135 N Pennsylvania St 2400 BMO Bldg**
**Indianapolis, IN 46204**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **10C01-1912-CC-1927**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| 4.7 4 | **Kabbage** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**925B Peachtree St NE Ste 1688**
**Atlanta, GA 30309**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Internet Loan**
**Estimated liability: $100,000**

---

| 4.7 5 | **Kentucky Div of Unemployment Ins** | Last 4 digits of account number | **n/a** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**275 E Main St 2ED**
**Frankfort, KY 40621**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Liability, if any, related to unemployment insurance.**

---

| 4.7 6 | **Kleinart Kutz & Assoc** | Last 4 digits of account number | **n/a** | $500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o GLA Collection**
**POB 588**
**Greensburg, IN 47240**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical bill**
**Estimated liability: $500**

---

| Debtor 1 | **Lindsey M Corrie** |
|---|---|
| Debtor 2 | **Shawn A Bramlett** |

Case number (if known)    **20-91018-AKM**

---

**4.7 7**

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn Credit Admin**
**POB 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9439**                    **$293.00**

When was the debt incurred?    **Opened 05/17  Last Active 5/09/19**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**4.7 8**

**Kriz Jenkins Prewitt & Jones**
Nonpriority Creditor's Name
**200 W Vine St Ste 710**
**POB 499**
**Lexington, KY 40588**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Former attys in Pyramid Consulting lawsuit**

---

**4.7 9**

**L&W Supply**
Nonpriority Creditor's Name
**3915 Business Park Dr**
**Louisville, KY 40213**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    **$5,158.16**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)   **20-91018-AKM**

---

| 4.8 0 | **LCA Collections** | Last 4 digits of account number | **n/a** | **$1,300.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical bill**

---

| 4.8 1 | **Lewis Larcie & Charlene** | Last 4 digits of account number | **0001** | **$1,115.78** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Sedgwick Claims Mgmt Serv Inc**
**POB 14670**
**Lexington, KY 40512**
Number Street City State Zip Code

When was the debt incurred?   **Prior to 2020/5/29**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 2 | **Libs Paving** | Last 4 digits of account number | **n/a** | **$7,400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6931 Atkins Rd**
**Floyds Knobs, IN 47119**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Lindsey M Corrie**
Debtor 2    **Shawn A Bramlett**

Case number (*if known*)    **20-91018-AKM**

---

| 4.8 3 | **Lohmeyer Law Offices** | Last 4 digits of account number | **n/a** | **$975.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**430 W First St**
**New Albany, IN 47150**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Attorney fees**

---

| 4.8 4 | **Main Street America Group** | Last 4 digits of account number | **3873** | **$1,913.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Brown & Joseph LLC**
**One Pierce Place Ste 700 W**
**Itasca, IL 60143**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 2020/5/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt. Kentuckiana General Construction**

---

| 4.8 5 | **Manion Stigger LLP** | Last 4 digits of account number | | **$5,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2301 River Rd Ste 101**
**Louisville, KY 40206**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business legal work.**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)    **20-91018-AKM**

---

| 4.8 6 | **Midwest Metal Works Inc** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name

**c/o Applegate Fifer Pullium LLC**
**428 Meigs Ave**
**Jeffersonville, IN 47130**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Judgment 22D03-1909-CC-1369 against Kentuckiana General Construction LLC**

---

| 4.8 7 | **Millers Mini Barns** | Last 4 digits of account number | **n/a** | **$4,500.00** |

Nonpriority Creditor's Name

**6073 SW Washington School Rd**
**Salem, IN 47167**

When was the debt incurred?    **Prior to 5/19/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt**

---

| 4.8 8 | **Mobile Mini** | Last 4 digits of account number | **n/a** | **$2,659.86** |

Nonpriority Creditor's Name

**4646 E Van Buren St Ste 400**
**Phoenix, AZ 85008**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **Lindsey M Corrie**

Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.8 9 | **Nally & Gibson Georgetown LLC** | Last 4 digits of account number | **n/a** | **$13,670.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**100 Farmer's Bank Dr Ste 400**
**Georgetown, KY 40324**

Number Street City State Zip Code

When was the debt incurred?  **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lawsuit against Kentuckiana General Construction LLC 19-CI-148**

---

| 4.9 0 | **National American Insurance Co** | Last 4 digits of account number | **n/a** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1010 Manvel Ave**
**POB 38**
**Chandler, OK 74834**

Number Street City State Zip Code

When was the debt incurred?  **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Bonding company. Amount owed, if any, is unknown.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Lindsey M Corrie**

Debtor 2  **Shawn A Bramlett**

Case number (if known)  **20-91018-AKM**

---

| 4.9 1 | **National American Insurance Co** | Last 4 digits of account number | **n/a** | | **Unknown** |

Nonpriority Creditor's Name

**1010 Manvel Ave**
**POB 38**
**Chandler, OK 74834**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Bonding Company for several different construction jobs. The total liability for this company is unknown; however, they paid several claims on the issued bond.**

---

| 4.9 2 | **National American Insurance Co** | Last 4 digits of account number | **n/a** | | **$444,690.82** |

Nonpriority Creditor's Name

**c/o Frost Brown Todd LLC**
**201 N Illinois St Ste 1900**
**Indianapolis, IN 46204**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Lawsuit 10C01-2003-MI-62**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

**4.9 3**

**Nationwide Mutual Insurance Co**
Nonpriority Creditor's Name
**One Nationwide Plaza**
**Columbus, OH 43215**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number    **n/a**                    **Unknown**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Bonding Company for several different construction jobs. The total liability for this company is unknown; however, they paid several claims on the issued bond.**

---

**4.9 4**

**Old National**
Nonpriority Creditor's Name
**POB 3728**
**Evansville, IN 47736-3728**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number    **n/a**                    **Unknown**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt: Liability, if any, on negative balance at time of closing bank account.**

---

**4.9 5**

**Palmer Corp dba Palmer Roofing**
Nonpriority Creditor's Name
**1080 Jean Dr**
**Jeffersonville, IN 47130**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number                            **Unknown**

When was the debt incurred?    **Prior to filing**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lawsuit vs Kentuckiana General Construction LLC 19-CI-00233 Whitley Circuit Court**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| 4.9 6 | **Palumbo Lumber & Manufacturing** | Last 4 digits of account number | | $16,511.46 |

Nonpriority Creditor's Name
**c/o Rose Law Office**
**154 N Ashland Ave**
**Lexington, KY 40502**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business bond claim**

---

| 4.9 7 | **Park Community Credit Union** | Last 4 digits of account number   **0040** | $6,739.00 |

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 18630**
**Louisville, KY 40261**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/18  Last Active 4/26/19**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Lawsuit 10C01-2007-CC-682**

---

| 4.9 8 | **Pioneer Credit Recovery Inc** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**26 Edward St**
**Arcade, NY 14009**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Pre-Petition.  Collecting for Dept of Labor/Dept of Treasury for unpaid OSHA violations issued to Kentuckiana General Construction**

---

Debtor 1    **Lindsey M Corrie**
Debtor 2    **Shawn A Bramlett**

Case number (*if known*)    **20-91018-AKM**

---

| 4.9 9 | **Priority Radiology** | Last 4 digits of account number | **n/a** | **$1,000.00** |

Nonpriority Creditor's Name
**c/o GLA**
**POB 588**
**Greensburg, IN 47240-0588**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical bill**
                     **Estimated liability of: $1,000**

---

| 4.1 00 | **Progressive Materials** | Last 4 digits of account number | **n/a** | **$4,943.40** |

Nonpriority Creditor's Name
**540 Central Ct**
**New Albany, IN 47150**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 01 | **Pyramid Consult/Structural Engineers** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**c/o The Winters Law Group LLC**
**432 S Broadway Ste 2B**
**Lexington, KY 40508**
Number Street City State Zip Code

When was the debt incurred?    **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Lawsuit vs Kentuckiana General Constructions LLC**
                     **18-CI-03412 Fayette Circuit Court**

---

Debtor 1  **Lindsey M Corrie**

Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.1 02 | **Raatz Fence Co** | Last 4 digits of account number | **9690** | **$1,500.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o EMC Insurance**
**11311 Cornell Park Dr Ste 500**
**Blue Ash, OH 45242-1891**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **11/01/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt for Kentuckiana General Construction**

---

| 4.1 03 | **Reese Central Wholesale Inc** | Last 4 digits of account number | **n/a** | **$133,151.53** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Rubin & Levin PC**
**135 N Pennsylvania St Ste 1400**
**Indianapolis, IN 46204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment 49D05-1907-CC-30777, against Kentuckiana General Construction & Lindsey Corrie**

---

| 4.1 04 | **Republic Services** | Last 4 digits of account number | **n/a** | **$5,800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**18500 N Allied Way**
**Phoenix, AZ 85054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt. Trash removal**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (if known)  **20-91018-AKM**

---

| 4.1 05 | **Rich & Cartmill of IN LLC** | Last 4 digits of account number | **n/a** | **$5,058.26** |

Nonpriority Creditor's Name
**c/o Christopher Hancock**
**3004 Cobbles Crossing Rd**
**New Albany, IN 47150**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Judgment 22D02-1907-SC-455 against Kentuckiana General Construction & Lindsey Corrie & Foreign Judgment under 10C01-1912-CB-100**

---

| 4.1 06 | **Rite Way** | Last 4 digits of account number | **n/a** | **$3,089.89** |

Nonpriority Creditor's Name
**4705 Robards Ln**
**Louisville, KY 40218**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.1 07 | **Ron Ankenbruck** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**517 Broadway**
**New Haven, IN 46774**

When was the debt incurred?  **Prior to filing**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1 **Lindsey M Corrie**

Debtor 2 **Shawn A Bramlett**

Case number *(if known)*   **20-91018-AKM**

---

| 4.1 08 | **Sherwin Williams** | Last 4 digits of account number   **n/a** | **$4,322.11** |
|---|---|---|---|

Nonpriority Creditor's Name

**101 W Prospect Ave**

**Cleveland, OH 44115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **Prior to filing**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 09 | **Signs of the Times** | Last 4 digits of account number   **n/a** | **$2,710.31** |
|---|---|---|---|

Nonpriority Creditor's Name

**714 Mt Tabor Rd**

**New Albany, IN 47150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **Prior to filing**

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business for vehicle advertising Estimated liability: $3,000**

---

| 4.1 10 | **Sinking Creek Lumber** | Last 4 digits of account number   **n/a** | **$4,033.30** |
|---|---|---|---|

Nonpriority Creditor's Name

**10443 US 60**

**Irvington, KY 42146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **Prior to filing**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (*if known*)    **20-91018-AKM**

---

| 4.1 11 | **Sprigler Door Service** | Last 4 digits of account number | **n/a** | **$1,095.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4125 Earnings Way**
**New Albany, IN 47150**

When was the debt incurred?   **Prior to filing**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.1 12 | **SRS dba River City Wholesale** | Last 4 digits of account number | **G230** | **$43,920.52** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**16687 Collection Ctr Dr**
**Chicago, IL 60693**

When was the debt incurred?   **2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Lawsuit 10C01-2004-CC-000407 Business Debt for Kentuckiana General Construction**

---

| 4.1 13 | **Synchrony Bank** | Last 4 digits of account number | **7279** | **$10,475.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 965060**
**Orlando, FL 32896**

When was the debt incurred?   **Opened 06/07  Last Active 6/20/19**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Banana Republic Credit Card**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.1 14 | **Synchrony Bank** | Last 4 digits of account number | **9432** | **$2,268.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 965060**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 12/14  Last Active 9/05/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 15 | **TD Auto Finance** | Last 4 digits of account number | **2212** | **$3,720.43** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn Bankruptcy**
**POB 9223**
**Farmington Hilss, MI 48333**

When was the debt incurred?    **Opened 04/15  Last Active 8/16/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **In collection w/Weltman Weinberg & Reis 2011 Jaguar XJL L HAS BEEN REPOSSESSED AND LIQUIDATED**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 16 | **Terminix** | Last 4 digits of account number | **n/a** | **$200.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**150 Peabody Place**
**Memphis, TN 38103**

When was the debt incurred?    **Prior to filing**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number *(if known)*   **20-91018-AKM**

---

**4.1 17**

**The Boots Group**
Nonpriority Creditor's Name
**15388 Long Cove Blvd**
**Carmel, IN 46033**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **n/a**

When was the debt incurred?   **Prior to filing**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$5,455.84**

---

**4.1 18**

**The Corken Steel Products Co**
Nonpriority Creditor's Name
**7920 Kentucky Dr**
**Florence, KY 40142**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **n/a**

When was the debt incurred?   **Prior to filing**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business bond claim**

**$81,017.61**

---

**4.1 19**

**The Kroger Company**
Nonpriority Creditor's Name
**c/o Meade & Associates Inc**
**737 Enterprise Dr**
**Lewis Center, OH 43035-9436**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **4426**

When was the debt incurred?   **Prior to 2020/5/19**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$119.89**

---

Debtor 1   **Lindsey M Corrie**
Debtor 2   **Shawn A Bramlett**

Case number (if known)   **20-91018-AKM**

---

| 4.1 20 | **The Little Clinic** | | Last 4 digits of account number | **n/a** | | **$100.00** |

Nonpriority Creditor's Name
**POB 932924**
**Cleveland, OH 44192**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical bill**

---

| 4.1 21 | **The Main Street America Group** | | Last 4 digits of account number | **061N** | | **$1,913.00** |

Nonpriority Creditor's Name
**POB 2004**
**Keene, NH 03431**
Number Street City State Zip Code

**When was the debt incurred?**   **Prior to filing**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt for Kentuckiana General Construction**

---

| 4.1 22 | **Travis Roofing Supply of Louisville** | | Last 4 digits of account number | | | **$16,327.42** |

Nonpriority Creditor's Name
**2931 S Floyd St**
**Louisville, KY 40209**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt. Roofing supply.**

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

---

| 4.1 23 | **United Rentals NA Inc** | Last 4 digits of account number | **n/a** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Rod A Ray**
**POB 711**
**Lafayette, IN 47902**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Judgment 22D03-1908-CC-1180 against Kentuckiana General Construction LLC**

---

| 4.1 24 | **Wallace Bros Disposal** | Last 4 digits of account number | **n/a** | **$3,045.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2067 W US Hwy 40**
**Brazil, IN 47834**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.1 25 | **Westlake City Schools** | Last 4 digits of account number | **n/a** | **$131,204.27** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**24525 Hilliard Blvd**
**Westlake, OH 44145**
Number Street City State Zip Code

When was the debt incurred?   **Prior to filing**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Renovation claim related to: Westlake City School District-PK 4 Elementary School-Roofing. Bonded claim.**

---

| Debtor 1 | **Lindsey M Corrie** | | |
|---|---|---|---|
| Debtor 2 | **Shawn A Bramlett** | Case number (*if known*) | **20-91018-AKM** |

| 4.1 26 | **Whayne Cat/Whayne Rental** | Last 4 digits of account number | **n/a** | **$15,489.88** |

Nonpriority Creditor's Name
**215 Meeks Rd**
**Dry Ridge, KY 41035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

| 4.1 27 | **Whayne Supply Co** | Last 4 digits of account number | **n/a** | **$29,256.40** |

Nonpriority Creditor's Name
**c/o Rubin & Levin PC**
**135 N Pennsylvania St Ste 1400**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Prior to filing**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment 49D02-1907-CC-30843 against Kentuckiana General Construction LLC (Foreign judgments in Floyd Circuit Court 22C01-2002-CB-249, Floyd Superior Court 22D03-2001-CB-103 and Clark Circuit Court 10C01-2001-CB-8**

---

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express Natl Bank**
**c/o Lloyd & McDaniel PLC**
**POB 23200**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.14** of (*Check one*):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Century 21 Reisert**
**c/o Charles R Murphy**
**430 W 1st St**
**New Albany, IN 47150**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.30** of (*Check one*):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

| Debtor 1 | **Lindsey M Corrie** | | |
|---|---|---|---|
| Debtor 2 | **Shawn A Bramlett** | Case number (if known) | **20-91018-AKM** |

**Citibank NA**
**c/o Blitt & Gaines PC**
**775 Corporate Woods Pkwy**
**Vernon Hills, IL 60061**

Line **4.38** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Elizabeth A Ingold**
**5555 Main St**
**Williamsville, NY 14221**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Global Merchant Cash Inc**
**c/o Wall Street Funding**
**30 Broad St**
**New York, NY 10004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Global Merchant Cash Inc**
**c/o Markoff Law LLC**
**9152 Taylorsville Rd Ste 161**
**Louisville, KY 40299**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Global Merchant Cash Inc**
**Attn Merel Corp-Levin Ainsworth**
**111 John St Ste 1210**
**New York, NY 10038**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gus Goldsmith**
**c/o Paul H Gosnell**
**471 W Main St Ste 400**
**Louisville, KY 40202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Indiana Dept of Revenue**
**c/o Premiere Credit**
**POB 19309**
**Indianapolis, IN 46219**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**Special Procedures**
**575 N Pennsylvania Ste 594**
**Indianapolis, IN 46204-1580**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Maria Smith**
**Pioneer Credit Recovery Inc**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nally & Gibson Georgetown LLC**
**c/o Overly & Johnson LLC**
**340 Main St**
**Paris, KY 40361**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.89** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**National American Insurance Co**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (if known)  **20-91018-AKM**

**1010 Manvel Ave**
**POB 38**
**Chandler, OK 74834**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Palmer Corp dba Palmer Roofing**<br>**c/o Fultz Maddox Dickens PLC**<br>**101 S Fifth St 27th Flr**<br>**Louisville, KY 40202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.95** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Park Community Credit Union**<br>**c/o Weltman Weinberg & Reis**<br>**525 Vine St Ste 800**<br>**Cincinnati, OH 45202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.97** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Raatz Fence Company**<br>**3050 Element Ln**<br>**Louisville, KY 40299** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.102** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**SRS dba River City Wholesale**<br>**c/o Davis Pickren Seydel & Sneed**<br>**2300 Peachtree Ctr Ave NE**<br>**Atlanta, GA 30303** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.112** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**SRS dba River City Wholesale**<br>**c/o Lloyd & McDaniel PLC**<br>**POB 23200**<br>**Louisville, KY 40223-0200** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.112** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**TD Auto Fin/Chrysler Fin**<br>**c/o Weltman Weinberg & Reis**<br>**965 Keynote Cr**<br>**Cleveland, OH 44131** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.115** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Travis Roofing Supply of Louisville**<br>**c/o Doyen Sebesta & Poelma**<br>**450 Gears Rd Ste 350**<br>**Houston, TX 77067** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.122** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**United Rentals**<br>**6125 Lakview Rd Ste 300**<br>**Charlotte, NC 28269** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.123** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total<br>claims<br>from Part 1 | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 200,400.00 |

Debtor 1  **Lindsey M Corrie**
Debtor 2  **Shawn A Bramlett**

Case number (*if known*)  **20-91018-AKM**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **200,400.00** |

| Total claims from Part 2 |  |  |  | **Total Claim** | |
|---|---|---|---|---|---|
|  | 6f. | **Student loans** | 6f. | $ | **0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **3,880,999.56** |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **3,880,999.56** |